IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRACY GERARD ALLEN, AIS # 129732,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 08-0255-CG-M** |
| **ISAAC MOODY, et al.,** | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 9th day of September, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE